MORTIMER B. FOSTER v. N. W. HALSEY & Co.— Motion denied, with ten dollars costs.   Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

JOSEPH DROBNER, an Infant, etc.,v. AUGUST L. PETERS.—Motion granted; question certified.   Present— Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

WILLIAM J. EHRICH and Others v. GUARANTY TRUST COMPANY OF NEW YORK.— Motion granted.   Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

WILLIAM H. DALY v. GEORGE W. WEBB.— Motion denied, with ten dollars costs.    Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

FILOMENA RICCARDI, as Administratrix, etc., v. HERMAN STURCKE, Impleaded, etc.— Motion for leave to appeal denied, with ten dollars costs. Motion for stay granted.   Settle order on notice.   Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ALFRED C. GAUNT v. NEMOURS TRADING CORPORATION and Others.— Motion denied, with ten dollars costs.    Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

HAROLD L. EDWARDS v. MATHILDA EDWARDS.— Motion for stay granted. Settle order on notice.   Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

LITTLEFIELD-SHEPPERD Co. v. JOHN C. DUNN.— Motion for stay pending appeal granted.   Settle order on notice.   Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

JACOB ORANGE v. ROY C. BOWMAN and Others.— Motion for stay granted. Settle order on notice.    Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

FIRST NATIONAL BANK OF EDGEWATER, N. J., v. JACOB STOLZENBERG.— Motion for stay denied, with ten dollars costs.   Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

CHARLES LANDAU v. HODDUP-EVANS Co., INC.— Motion for stay granted. Settle order on notice.   Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ANTOINETTE MINELLA v. H. C. F. KOCH & Co., INC.— Motion for stay denied, with ten dollars costs.   Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of THOMAS F. O'SULLIVAN, an Attorney.— Reference ordered to Hon. Henry A. Gildersleeve, official referee.   Settle order on notice.   Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of CHARLES P. SULLIVAN, an Attorney.— Reference ordered to Hon. Henry A. Gildersleeve, official referee.   Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.